APPEAL COURT NO# 02-15-00262-CR
TRIAL COURT NO# 1387365D

| | |
|---|---|
| CAMERON BENNETT<br>APPELLANT<br>VS<br>THE STATE OF TEXAS<br>APPELLEE | APPEAL COURT~~RECEIVED IN~~<br>NO#~~COURT OF CRIMINAL APPEALS~~2-CR<br><br>SEP 08 2015<br><br>TRIAL ~~Abel Acosta, Clerk~~ NUMBER<br>NO# 1387365D |

MOTION FOR EXTENSION OF TIME IN THE COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS TO FILE APPEALLANTS PETITION FOR DISCRETIONARY REVIEW.

COMES NOW, CAMERON BENNETT APPEALLANT, PRO-SE WHO WAS CONVICTED OF THE OFFENSE OF, THEFT WITH 2 PRIORS AND SENTENCED ON AUGUST-20th-2015 CRIMINAL CASE NUMBER, 1387365D STYLED THE STATE OF TEXAS VS. CAMERON BENNETT ,IN THE 432ND DISTRICT COURT OF TARRANT COUNTY TEXAS. APPEALLANT MOVES THE COURT TO EXTEND THE TIME FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW FROM PRESENT DEADLINE OF SEPTEMBER-12th 2015 , THROUGH AN ADDITIONAL 90 DAYS OF A NEW DEADLINE OF DECEMBER-12th-2015 . APPEALLANT HAS NO PRIOR EXTENSIONS IN THIS MATTER AND THEREFORE SHOULD BE ALLOWED AN

EXTENSION IN ORDER TO PREPARE HIS PETITION FOR DISCRETIONARY REVIEW.

MOTION FOR NEW TRIAL WAS FILED ON THE 29 DAY OF JULY 2015 AND OVER-RULED ON THE 28TH DAY OF AUGUST 2015.

APPELLANT WAS REPRESENTED BY A COURT APPOINTED ATTORNEY WHO WAS INEFFECTIVE ASSISTANCE DURING SEVERAL PHASES OF HIS REPRESENTATION. APPELLANT WAS AN STILL IS CURRENTLY HOUSED IN A MENTAL HEALTH MENTAL RETARDATION HOUSING UNIT IN THE TARRANT COUNTY JAIL. THIS SECTION IS DESIGNED FOR SEVERE MENTALLY ILL INMATES WHO HAVE A LENGTHLY HISTORY OF MENTAL ILLNESS. APPELLANT WAS FOUND TO BE INCOMPETENT BY THE COURT AND WAS ULTIMATELY SENT TO THE STATE HOSPITAL IN WICHITA FALLS FOR APPROXIMATELY SIX MONTHS. COURT APPOINTED ATTORNEY WAS FULLY AWARE OF APPELLANTS INABILITY TO UNDERSTAND THE PLEA BARGIN PROCEDURE, APPELLANT WAS INSTRUCTED BY COURT APPOINTED ATTORNEY TO SIMPLY SAY YES OR YOU WILL GET A LIFE SENTENCE, QUOTE YOU EITHER TAKE THIS 7 YEARS TODAY OR YOU GET LIFE TODAY IN A JURY TRIAL.

APPEALLANT WAS IN A DRUG INDUCED DAZE FROM HIS VARIOUS PSCHYATRIC MEDICATIONS AND THE COURT APPOINTED ATTORNEY COERCED APPEALLANT TO PLEAD GUILTY. APPEALLANT REQUEST AN OPPORTUNITY TO RESEARCH HIS CASE AND THE LAW PRETAINING TO FILING A PETITION FOR DISCRETIONARY REVIEW. APPEALLANT HAS TO INCORPORATE THE ASSISTANCE OF A JAIL HOUSE ATTORNEY TO AID HIM TO PREPARE HIS ARGUMENT ON GROUNDS IN THIS MATTER.

APPEALLANT IS WITHIN THE LEGAL AMOUNTED TIME ALLOWED by LAW TO REQUEST AN EXTENSION OF TIME TO FILE his PETITION FOR DISCRETIONARY REVIEW.

## PRAYER

WHEREFORE, APPEALLANT PRAYS THAT THE TIME FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN THE COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS BE EXTENDED FROM, SEPTEMBER -12th -2015 TO, DECEMBER -12th -2015

Cameron Bennett
APPEALLANT PRO-SE

AUGUST -31st -2015
DATE

4

CAMERON BENNETT, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Sharon Wilson by mailing via first class mail to SHARON WILSON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this 31 day of AUGUST, 20 15

Cameron Bennett

_____

[Defendant's Name], Defendant Pro Se

CID 0222444 DOB 8/7/1958

100 N. Lamar St.

'Fort Worth, TX 76102-1954

## Verification of Unsworn Declaration

CAMERON BENNETT Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, 0222444 currently incarcerated in the Tarrant County Jail in Tarrant County, Texas I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing MOTION FOR EXTENSION OF TIME and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this 31st day of AUGUST, 20 15

Cameron Bennett
(Signature) Defendant pro se

CAMERON BENNETT
(Print Name)

CID 0222444 DOB 8/7/1958

100 NORTH LAMAR STREET
Address:
FORT WORTH TEXAS 76196

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

6



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00262-CR

| | | |
|---|---|---|
| Cameron Bernard Bennett | § | From the 432nd District Court |
| | § | of Tarrant County (1387365D) |
| v. | § | August 28, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM